IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. CR416-260-05 |
| | ) | |
| MORRIS POLLARD, JR. | ) | |

# ORDER

Before the Court is Defendant's Motion to Release Funds. (Document 188). After careful consideration, Defendant's motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the Southern District of Georgia shall cancel the appearance bond on behalf of Defendant and exonerate the obligor thereon.

The Clerk is hereby **DIRECTED** to return the $2,000.00, with any accrued interest to: Morris Pollard, Jr., 705 Cleland Street, Savannah, Georgia 31415.

SO ORDERED, this 8th day of May 2017.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA